Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

US _____ District of Columbia

_____ Division

Case: 1:26–cv–01003 JURY DEMAND
Assigned To : Leon, Richard J.
Assign. Date : 3/23/2026
Description: TRO/Prelim. Inj. (D–DECK)

Simone Van Hill; Mariah Saralina Corum (minor, by next friend); Estate of SSgt. Bruce Van Hill (by Administrator Simone Hill); Matthew Keith Pierson; Matthew John McCusker (by next friend); et al.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Rima Ghulamally (many other alias' see complaint) et al;named defendants + John Does 1-600; full list in Master Complaint & amended pending TRO's)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | simone van hill |
| Street Address | 478 federal city road |
| City and County | pennington |
| State and Zip Code | nj 08534 TEMPORARY TRAPPED TRAFFICKED TARGETED |
| Telephone Number | 8569812779 |
| E-mail Address | SIMONEHILLOFFICIAL@PROTONMAIL.COM |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED

MAR 23 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                   RIMA GHUAMALY (NANA, TIWANA, HILL, MANY OTHERS)

Job or Title *(if known)*

Street Address                         1 PALMER DRIVE

City and County                        GLEN MILLS

State and Zip Code                     PA 19342

Telephone Number                       6463612265 AND MANY OTHERS IN AMENDED COMPLAINT

E-mail Address *(if known)*            RIMAVH@AOL.COM AND MANY OTHERS IN AMENDED COMPI

Defendant No. 2

Name                                   PLEASE SEE ATTACHED COMPLAINT AND ALSO AMENDED W

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

☑ 470 – Racketeer/Corrupt Organizations/ESPIONAGE / national security / trafficking Write: 18 U.S.C. § §

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  rima ghuamali (rima hill) dad reported in 198̄ , is a citizen of the State of *(name)*   pennsylvania (fraud)                  . Or is a citizen of

*(foreign nation)*   pakistan                  .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* yes see complaint and amended , is incorporated under

the laws of the State of *(name)* , and has its

principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff seeks: (1) Emergency TRO — immediate welfare check on minor Mariah Sarah-lin

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff incorporates by reference the attached Master Complaint (395 counts, 8,522 paragraphs) which constitutes the full Statement of Claim. In summary: Defendants have operated a 33-year RICO enterprise targeting Plaintiff, her deceased father SSgt. Bruce Van Hill USMC/DIA, and her minor daughter Mariah Saralina Corum. The enterprise has stolen federal military survivor benefits since 1992, committed identity fraud across multiple states and countries, trafficked Mariah under a void custody order, obstructed federal whistleblowing, hacked Plaintiff's devices, intercepted her mail, and infiltrated Whiteman Air Force Base. All facts, dates, defendants, and statutory bases are set forth in the attached Master Complaint.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

18 U.S.C. §§ 1961-1964 Civil RICO; 18 U.S.C. §§ 1589-1591 Trafficking; 42 U.S.C. §§ 1983, 1985 Civil Rights; 2

Emergency relocation funding; (8) All other relief stated in attached TRO Motion and Master Complaint. H
Jury demand:

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/21/2026

Signature of Plaintiff

Printed Name of Plaintiff     simone van hill

B.    **For Attorneys**

Date of signing:          03/21/2026

Signature of Attorney     TBD w/ docket and TRO'S

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address